STEVEN L. SUGARS, ESQ. (Bar No. 154799)
ssugars_1@att.net
LAW OFFICES OF GEORGE L. YOUNG
2485 Huntington Drive
San Marino, CA 91108
Telephone:  (626) 795-9699
Facsimile:   (626) 795-9499

**JS-6**

Attorneys for Plaintiffs, Counterdefendants
and Cross-claimants TOM LIANG and CHU CHING LIANG

L. ALLAN SONGSTAD, JR., ESQ. (Bar No. 48714)
asongstad@sr-firm.com
CHRIS D. GREINKE, ESQ. (Bar No. 211004)
cgreinke@sr-firm.com
SONGSTAD RANDALL COFFEE & HUMPHREY LLP
2201 Dupont Drive, Suite 100
Irvine, California 92612
Telephone:  (949) 757-1600
Facsimile:   (949) 757-1613

Attorneys for Defendant, Counterclaimant
and Cross-defendant CITIMORTGAGE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA

| | |
|---|---|
| TOM LIANG and CHU CHING LIANG, | Case No.   SACV12-0191 AG |
| Plaintiffs, | Judge:      Hon. Andrew J. Guilford |
| vs. | Dept.:      10-D |
| CITIMORTGAGE, INC., and DOES 1 through 100, inclusive, | **ORDER RE: DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41** |
| Defendants. | |
| CITIMORTGAGE, INC., | |
| Counterclaimant, | |
| vs. | |
| TOM LIANG; CHU CHING LIANG; JUDY WANG, as Executor of the Estate of Kang Wang; JEANNE BAKER; AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA; and ROES 1 through 10, Inclusive, | |
| Counterdefendants. | |

1

TOM LIANG and CHU CHING LIANG,

Cross-claimants,

vs.

CITIMORTGAGE, INC.; JUDY WANG, as Executor of the Estate of Kang Wang; JEANNE BAKER; AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA; and DOES 101-200, inclusive,

Cross-defendants.

Upon review of the stipulation by and between Plaintiffs, Counterdefendants and Cross-claimants Tom Liang ("Tom Liang") and Chu Ching Liang ("Chu Ching Liang") and Defendant, Counterclaimant and Cross-Defendant CitiMortgage, Inc. ("CitiMortgage"), this Court hereby orders as follows:

1.      The Complaint filed by Tom Liang and Chu Ching Liang on January 6, 2012 is dismissed forthwith with prejudice as against CitiMortgage, with each side bearing their own fees and costs incurred in connection with the litigation.

2.      The Cross-Claim filed by Tom Liang and Chu Ching Liang on August 9, 2012 is dismissed forthwith with prejudice as against CitiMortgage, with each side bearing their own fees and costs incurred in connection with the litigation.

3.      The Counterclaim filed by CitiMortgage on June 25, 2012 is dismissed forthwith with prejudice as against Tom Liang and Chu Ching Liang, with each side bearing their own fees and costs incurred in connection with the litigation.

/ / /

/ / /

/ / /

1        4.    The Court retains jurisdiction of this matter for the purposes of enforcing

2    a settlement between Tom Liang and Chu Ching Liang and CitiMortgage.

3

4                       **IT IS SO ORDERED.**

5

6

7    Date:_June 24, 2013

8                       Honorable Andrew J. Guilford
                        United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Order Re: Dismissal with Prejudice**